# EXHIBIT 3

USDC IN/ND case 2:26-cv-00459 document 1-3 filed 09/25/26 page 2 of 3


# Registration Lookup Results

Your Search Criteria: Teresa, Baron, [redacted]

**Name:**
Teresa M Baron

**Age:**
[redacted]

**Registration Status:**
Teresa Baron **IS REGISTERED TO VOTE** in the State of Illinois.

If you have any questions, please contact the Cook local Election Authority

Early Voting/Grace Period Registration Locations

**Election Day Polling Place:**
[redacted]
BRIDGEVIEW, IL
60455

The selected Jurisdiction has indicated that all of their Polling Places have Grace Period Registration on Election Day.

## District Information

| | |
|---|---|
| Congressional (Federal) | 6 |
| State Senate | 11 |

| | |
|---|---|
| State Representative | 21 |
| Community College | Moraine Valley Community College 524 |
| Appellate Judicial | 1 |
| Judicial Circuit | COOK |
| Judicial Subcircuit | COOK COUNTY JUDICIAL CIRCUIT 4TH SUBCIRCUIT |
| County Board of Review | 1 |
| Precinct & Splits | 7900048 0 |
| Park | Bridgeview Park District |
| Precinct | 7900048 |
| Retention Appellate Judicial | 1 |
| County Board | 6 |
| School | INDIAN SPRINGS SD 109 |
| High School | ARGO CHSD 217 |
| Township | LYONS TOWNSHIP |
| Village | VILLAGE OF BRIDGEVIEW |
| Water Reclamation | METROPOLITAN WATER RECLAMATION DISTRICT |

**Return to Registration Lookup**

WEB2

Copyright 2026 Illinois State Board of Elections