# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JACK TIPOLD, MARGARET SHRAGAL, GENELL CREAL and WILEY CREAL, TERESA BARON, ALFRED and LATASHA ALLEN, MALAYA GULLY, MICHAEL ZIMMER, WILLIAM ZABANEH, CAROL NORRIS and KIM NORRIS, LAWRENCE SHARON, DUSTIN BROWN and JENNIFER BROWN and JOSHUA BROWN, and CHARLES BRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN INDIANA PUBLIC SERVICE COMPANY, LLC,<br><br>Defendant. | Case No.<br>Hon.<br><br>CASE BELOW:<br>Porter County Superior Court 1,<br>State of Indiana<br>Cause No. 64D01-2608-CT-009189 |

**DECLARATION OF DAVID STEADMAN**

I, David Steadman, hereby declare as follows:

1. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto. I am an adult over the age of 18 and am competent to make this Declaration.

2. I own a secondary residence in LaPorte County, Indiana, at 2809 Elbridge Way, Long Beach, Indiana 46360 ("Residence"), which has had electrical power supplied by Northern Indiana Public Service Company, LLC ("NIPSCO") for at least the past year.

3. I generally reside at the Residence three to four days and nights per week during the summer, and three to four days and nights per month during the rest of the year.

4. My domicile is in Illinois, where I have lived and have been a citizen for over 75 years. My vehicle is registered in Illinois, I have an Illinois driver's license, I am registered to vote in Illinois, and I file state income taxes in Illinois. Illinois is my permanent home, and I

intend to remain there indefinitely. I always intend to return to Illinois whenever I am absent.

5. On August 11, 14, 15, 16, and 17, 2026, the Residence was without electrical power. Throughout this time, I was domiciled in, and a citizen of, Illinois.

6. I was present at the Residence when it was without power on one of the above dates, but I do not remember which one. I learned of the outage dates from NIPSCO.

7. Before losing electrical power, the Residence's refrigerator and freezer contained various foodstuffs that I personally purchased, including but not limited to fresh vegetables, fresh fruit, milk, perishable condiments, lunch meat, cheese, ice cream, and popsicles.

8. As a result of the power outages, the contents of the refrigerator and freezer were spoiled. I personally discarded the above products, and I purchased replacements of those foodstuffs at a cost of over $40.00.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2026

Signature: David Steadman

Printed Name: David Steadman