AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| JACK TIPOLD, et al.,<br>*Plaintiff*<br>v.<br>NORTHERN INDIANA PUBLIC SERVICE CO., LLC,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:26-cv-00459 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NORTHERN INDIANA PUBLIC SERVICE COMPANY, LLC, .

Date: 09/25/2026

/s/ Brian O. Watson
*Attorney's signature*

Brian O. Watson (36350-45)
*Printed name and bar number*

RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn St., Suite 2200
Chicago, Illinois 60603
*Address*

bwatson@rshc-law.com
*E-mail address*

(312) 471-8700
*Telephone number*

(312) 471-8701
*FAX number*