**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JACK TIPOLD, MARGARET SHRAGAL, GENELL CREAL and WILEY CREAL, TERESA BARON, ALFRED and LATASHA ALLEN, MALAYA GULLY, MICHAEL ZIMMER, WILLIAM ZABANEH, CAROL NORRIS and KIM NORRIS, LAWRENCE SHARON, DUSTIN BROWN and JENNIFER BROWN and JOSHUA BROWN, and CHARLES BRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN INDIANA PUBLIC SERVICE COMPANY, LLC,<br><br>Defendant. | No. 2:26-cv-00459-PPS-JEM |

**DEFENDANT NORTHERN INDIANA PUBLIC SERVICE COMPANY LLC'S MOTION TO DISMISS OR STAY**

Defendant Northern Indiana Public Service Company, LLC ("NIPSCO"), under Federal Rule of Civil Procedure 12(b)(6) and the primary jurisdiction doctrine, requests that the Court dismiss the Plaintiffs' First Amended Class Action Complaint [DE 5], enter a stay pending referral, and grant any other relief the Court deems just and proper. In support of this motion, NIPSCO files its supporting Brief in Support of Its Motion to Dismiss or Stay Plaintiffs' First Amended Complaint-Class Action Complaint under N.D. Ind. L.R. 7-1.

For these reasons, Defendant Northern Indiana Public Service Company, LLC requests that the Court dismiss the Plaintiffs' First Amended Class Action Complaint [DE 5], enter a stay pending referral, and grant any other relief the Court deems just and proper.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Brian O. Watson*
Brian O. Watson (36350-45)
Rodney Perry (40026-45)
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn St., Suite 2200
Chicago, Illinois 60603
(312) 471-8700
bwatson@rshc-law.com
rperry@rshc-law.com
docketdept@rshc-law.com

*Attorneys for Defendant Northern Indiana Public Service Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the ECF system and has been served on all counsel of record by electronic means.

*/s/ Brian O. Watson*
Brian O. Watson (36350-45)