**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JACK TIPOLD, MARGARET SHRAGAL, GENELL CREAL and WILEY CREAL, TERESA BARON, ALFRED and LATASHA ALLEN, MALAYA GULLY, MICHAEL ZIMMER, WILLIAM ZABANEH, CAROL NORRIS and KIM NORRIS, LAWRENCE SHARON, DUSTIN BROWN and JENNIFER BROWN and JOSHUA BROWN, and CHARLES BRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN INDIANA PUBLIC SERVICE COMPANY, LLC,<br><br>Defendant. | Case No. 2:26-cv-00459-PPS-JEM |

**PLAINTIFFS AND DEFENDANT NORTHERN INDIANA PUBLIC SERVICE COMPANY LLC'S JOINT MOTION FOR EXTENSIONS OF TIME AND COORDINATED BRIEFING SCHEDULE**

Plaintiffs and Defendant Northern Indiana Public Service Company, LLC ("NIPSCO"), by their respective counsel, under N.D. Ind. L.R. 6-1, jointly request extensions of time for a coordinated briefing schedule on Plaintiffs' Motion for Preliminary Certification [DE 6], Plaintiffs' Motion to Amend [DE 9], NIPSCO's Motion to Dismiss or Stay [DE 10], and Plaintiffs' Motion to Remand [DE 14]. In support of their motion, Plaintiffs and NIPSCO state that:

1. The parties have pending motions [DE 6, 9, 10, 14] with varying response and reply deadlines under N.D. Ind. L.R. 6-1.

2. The parties propose a coordinated briefing schedule to help align the response and reply deadlines, avoid duplication, and ease the burden on the Court:

| | **Current Response Deadline** | **Proposed Response Deadline** | **Proposed Reply Deadline** |
|---|---|---|---|
| Plaintiffs' Motion for Preliminary Certification [DE 6] | 10/22/2026 | 10/29/2026 | 11/12/2026 |
| Plaintiffs' Motion to Amend [DE 9] | 10/22/2026 | 10/29/2026 | 11/12/2026 |
| NIPSCO's Motion to Dismiss or Stay [DE 10] | 10/23/2026 | 11/13/2026 | 11/27/2026 |
| Plaintiffs' Motion to Remand [DE 14] | 10/19/2026 | 10/29/2026 | 11/12/2026 |

3. The extensions are requested in good faith, not for purposes of delay, and will not prejudice any party.

For these reasons, Plaintiffs and NIPSCO respectfully request that the Court grant extensions for any responses to be filed by October 29, 2026 and replies to be filed by November 12, 2026 on Plaintiffs' Motion for Preliminary Certification [DE 6], Plaintiffs' Motion to Amend [DE 9], and Plaintiffs' Motion to Remand [DE 14], and any response to be filed by November 13, 2026 and reply to be filed by November 27, 2026 on NIPSCO's Motion to Dismiss or Stay [DE 10].

Dated: October 9, 2026

Respectfully submitted,


/s/ Brian O. Watson
Brian O. Watson (36350-45)
Rodney Perry (40026-45)
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn St., Suite 2200
Chicago, Illinois 60603
(312) 471-8700
bwatson@rshc-law.com
rperry@rshc-law.com
docketdept@rshc-law.com

*Attorneys for Defendant Northern Indiana Public Service Company, LLC*


Dated: October 9, 2026

Respectfully submitted,


/s/ Jeffrey L. Lund
Kenneth J. Allen (3857-45)
Jeffrey L. Lund (22454-49)
501 Allen Court, Suite 3000
Chesterton, IN 46304
(219) 465-6292
kja@allen.law
jlund@allen.law

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, these papers were filed electronically with the Clerk of the Court using the CM/ECF system and has been served on all counsel of record by electronic means.

*/s/ Brian O. Watson*
Brian O. Watson (36350-45)